UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DONALD NED WALKER,

          Petitioner,

    v.

MICHAEL MARTEL, Warden,

          Respondent.

Case No. 5:17-cv-00901-RGK (SHK)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING ACTION WITH PREJUDICE**

    Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the R&R to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

    In his Objections, Petitioner simply restates the merits of his claims. ECF No. 22, Objections at 1-3. As described in the Report and Recommendation, this Court does not reach the merits of the claims raised in Petitioner's Petition for Writ of Habeas Corpus because those claims are procedurally defaulted.

The Court does observe that there appears to be a misstatement within the Report and Recommendation, Section IV (Standard of Review): instead of reflecting that the AEDPA standard of review is ultimately not applicable because the claims are procedurally defaulted, the Report and Recommendation states that the AEDPA standard of review is ultimately not applicable because the claims are not cognizable. ECF No. 20, R&R at 6-7. Therefore, while the Court accepts the findings and recommendations of the Magistrate Judge, it does so with one amendment to the Report and Recommendation, as set forth below.

IT IS THEREFORE ORDERED that Judgment be entered (1) **AMENDING** page 6, line28 and page 7, lines 1-2 as follows: ". . . since the Court finds that Petitioner's claims are procedurally defaulted, ultimately the Court need not apply any standard of review to the state court's denial."; (2) **DENYING** the Petition for a Writ of Habeas Corpus; and (3) **DISMISSING** this action with prejudice.

Dated: October 10, 2018

*[signature: Gary Klausner]*

HONORABLE R. GARY KLAUSNER
United States District Judge