JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD NED WALKER,<br>　　　　　　　Petitioner,<br>　　v.<br>MICHAEL MARTEL, Warden,<br>　　　　　　　Respondent. | Case No. 5:17-cv-00901-RGK (SHK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that (1) page 6, line 28 and page 7, lines 1-2 of the Report and Recommendation are amended as follows: ". . . since the Court finds that Petitioner's claims are procedurally defaulted, ultimately the Court need not apply any standard of review to the state court's denial."; (2) the Petition is DENIED; and (3) this action is DISMISSED with prejudice.

Dated: October 10, 2018

*Gary Klausner*

HONORABLE R. GARY KLAUSNER
United States District Judge